# Third District Court of Appeal
## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0314
Lower Tribunal No. F20-11164
_____

**Robert L. Caleb,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Robert L. Caleb, in proper person.

James Uthmeier, Attorney General and Ivy R. Ginsberg, Senior Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.